UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARON STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09cv0569 TCM |
| ) | |
| WILLIAM MAYBERRY, ) | |
| J.B. HUNT TRANSPORTATION, INC. ) | |
| GREGORY WILSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The motion of Plaintiff, Sharon Stewart, to continue the Rule 16 conference from its current setting of May 11, 2009, is **GRANTED**. [Doc. 15] The Rule 16 conference is now set for **Wednesday, May 27, 2009**, at **9:00 a.m.** in the chambers of the undersigned.

SO ORDERED.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of May, 2009.